# RICHARD B. LIND
ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

December 5, 2019

*Via ECF & Email*
Hon. Nelson S. Roman
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Willie Sims, *et al.*
19 Cr. 857 (NSR) - 04

Dear Judge ~~Sullivan~~ Roman:

The application is  X  granted.
___ denied.



Nelson S. Román, U.S.D.J.
Dated: Dec. 5, 2019
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (Doc. 26.)

On October 3, 2019, I was appointed as CJA attorney for Rahmel Garraway, a defendant in the above-referenced matter. Because of other commitments, I will not be able to attend the conference this Court has scheduled for today at 12:30 p.m. Accordingly, I am writing to request permission for Steven Brill, Esq., the attorney for Mr. Garraway's co-defendant, Willie Sims, to stand in for me.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)

USDC COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19