

**SULLIVAN | BRILL**
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

January 29, 2019

**Via ECF**
Honorable Nelson S. Roman
United States District Judge
300 Quarropas St., Rm. 218
White Plains, NY 10601

Re: <u>United States of America v. Willie Sims</u>
Ind. No: 19 Cr. 857 (NSR) - 01

Dear Judge Roman:

I represent Mr. Sims in a pending Indictment charging him with a Narcotics Conspiracy and other related drug charges. He is presently remanded at the West Chester County Jail in Valhalla. He has been incarcerated since his arrest on October 3, 2019. Presently the case is in a discovery posture, and we are due back in Court on February 12, 2020 for a status conference.

I was recently informed that, sadly, Mr. Sims's sister, Dorothy, passed away. She was Mr. Sims's oldest sister, and only in her early fifties. Dorothy's funeral will occur on Monday, February 3, 2020 at the Mount Lebanon Baptist Church, located at 648 Harrison Ave, Peekskill, NY. I am told that the viewing is scheduled to begin at 9 am and the service will begin at 10 am.

Mr. Sims has asked me to request that Your Honor modify his remand status, and Order that he be temporary released to attend Dorothy's funeral on Monday. Specifically, I respectfully request that the US Marshalls take Mr. Sims from West Chester County Jail at 6 am on Monday, escort him to the funeral, and return him no later than 1 pm.

I have spoken the government about my request and <u>they oppose</u>.

*The Court is truly sympathetic to Mr. Sims for the passing of his sister but the application must be denied. Clerk of the Court requested to terminate the motion (doc. 35). Dated: Jan. 30, 2020*

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020



TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

Thank you for your consideration and attention to this request.

> Very Truly Yours,
>
> SULLIVAN & BRILL, LLP
>
>
> _____
> By: Steven Brill, Esq.