# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,             **SCHEDULING ORDER**

   -against-                      19 Cr. 857 (NSR)(JCM)

WILLIE SIMS,

                Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 3, 2020 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy. To access the conference, counsel should call 877-873-8017 and use access code 4264138. Members of the press and public may call the same number, but will not be permitted to speak during the conference. Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated:  April 2, 2020
        White Plains, New York

                                        **SO ORDERED:**

                                        _____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge