

**MURPHY & McGONIGLE**
A Professional Corporation

**MEMO ENDORSED**

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

April 13, 2020

The application is  X granted.
                    ___ denied.

[signature]

Nelson S. Román, U.S.D.J.
Dated: April 13, 2020
White Plains, New York 10601

By ECF & Email (RomanNYSDChambers@nysd.uscourts.gov)

The Honorable Nelson S. Román
U.S. District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Willie Sims*, 19 Cr. 857-01 (NSR)

Dear Judge Román:

I am counsel for Willie Sims, the defendant in the above-referenced matter. A continuation of the bail hearing in this matter is scheduled for tomorrow, April 14, 2020 at 11am.

My understanding is that the government has a copy of my client's Pre~~trial~~Sentence Investigation Report ("PSR") from his prior federal conviction but Probation will not allow the government to share the report with me. Because the PSR has information that may be relevant to the present bail hearing, particularly with respect to my client's criminal history, I respectfully request that the Court order the government to share the PSR with the undersigned.

I have exchanged email messages with AUSA Shiva Logarajah, who indicated that the government consents to this application.

Respectfully submitted,

**MURPHY & MCGONIGLE P.C.**

/s/ J.P.F.

Joseph P. Facciponti

cc (*By ECF and Email*):
AUSAs Shiva Logarajah & James Ligtenberg

New York  ♦  Virginia  ♦  Washington, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020