UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIE SIMS,

Defendant.

No. 19 Cr. 857-01 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Defendant, Willies Sims, having made an application to be temporarily released, pursuant 18 U.S.C. § 3142, based on compelling medical reasons and having placed his medical condition at issue, and upon request of Defendant's counsel,

It is hereby ORDERED that the Bureau of Prisons provide Defendant with a medical appointment with a nephrologist or other kidney specialist for evaluation and/or treatment within twenty-one (21) days of this Order.

Dated: April 14, 2020
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020