UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

WILLIE SIMS, MAURICE ELLIS,
ISACC MALLORY, & RAHMEL GARRAWAY,

                               Defendant.

No. 19 Cr. 857 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge,

      The Status Conference currently scheduled for Friday, April 24, 2020, is adjourned to June 19, 2020 at 12:00 pm. The Court directs the Government to inform the Court and Defense Counsel of the status of any outstanding discovery within five (5) business days of this Order. To the extent any defendant wishes to file a pre-trial motion, including a motion to suppress evidence, Defense Counsel must inform the Court and the Government of it's intention to file such motion and shall adhere to the following briefing schedule:

      Defendant's motion is to be served and filed on or before May 22, 2020; the Government's opposition is to be served and filed on or before June 29, 2020; and, Defendant's reply, if any, is to be served and filed on or before July 15, 2020. A post-motion Status Conference is scheduled for August 7, 2020 at 11:30 am.

      In light of the pending motion schedule, speedy trial time is excluded from the date of this Order until August 7, 2020 under the Speedy Trial Act.

Dated: April 22, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020