

**MURPHY & McGONIGLE**

A Professional Corporation

MEMO ENDORSED

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966

1185 Avenue of the Americas
Floor 21
New York, NY 10036

May 15, 2020

*By ECF & Email (RomanNYSDChambers@nysd.uscourts.gov)*

The Honorable Nelson S. Román
U.S. District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

The application is ___X___ granted.
___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated:   May 18, 2020
White Plains, New York 10601

Application previously granted. (See ECF No. 80.) Clerk of the Court requested to terminate the motion (ECF No. 76).

Re:  *United States v. Willie Sims, et al.,* 19 Cr. 857 (NSR)

Dear Judge Román:

On behalf of all defense counsel in the above-referenced matter, I respectfully request that the Court adjourn the motion schedule in this case by two weeks. The reason for the request is the need, on the undersigned's behalf, to review recently-produced discovery and, for the other defense counsel, the press of other business including the need to prepare applications in other matters for compassionate release due to COVID-19.

Motions are currently due next Friday, May 22, 2020. If the Court grants this application, the motion schedule would be adjusted as follows: Defendants' pretrial motions, if any, would be due June 5, 2020; the government's response would be due July 13, 2020; and replies would be due July 29, 2020.

The next status conference is currently scheduled for August 7, 2020 at 11:30am. Earlier today, I exchanged emails with Assistant U.S. Attorney Shiva Logarajah, who indicated that the government has no objection to this application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:   5/18/2020

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

cc: All counsel of record (*by ECF and email*)

New York     ◆     Virginia     ◆     Washington, D.C.