

# MURPHY & McGONIGLE
### A Professional Corporation

**MEMO ENDORSED**

Email: jfacciponti@mmlawus.com  
Direct: 212.880.3966

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

July 23, 2020

The application is ✗ granted.  
___ denied.

Nelson S. Román, U.S.D.J.  
Dated: July 23, 2020  
White Plains, New York 10601  
Clerk of the Court requested to terminate the motion (doc. 110).

By ECF & Email (RomanNYSDChambers@nysd.uscourts.gov)

The Honorable Nelson S. Román  
U.S. District Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601-4150

Re: *United States v. Willie Sims, et al.,* 19 Cr. 857 (NSR) -01

Dear Judge Román:

On behalf of Defendant Willie Sims in the above-referenced matter, I respectfully request that the Court adjourn the motion schedule for Mr. Sims by one week, until July 31, 2020.

Yesterday, the government made Mr. Sims a preliminary plea offer; however, the offer expires at the time Mr. Sims files any additional motions in this case. In order to allow Mr. Sims sufficient time to consider the plea offer, and for the parties to engage in additional plea discussions, I seek a one-week continuance of the motion schedule.

The government consents to this application. The government also requests that, if the Court grants this application, the remaining motion deadlines be pushed back by one week.

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/23/2020

cc: All counsel of record (*by ECF and email*)

---

New York    ♦    Virginia    ♦    Washington, D.C.