Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-

Willie Sims

                                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR-857  (NSR )

Defendant ____Willie Sims_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X__    Conference Before a Judicial Officer

_X__    Rule 11 Plea Proceeding

/s/ Willie Sims by JCM with permission         _J.P. Facciponti_____
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Willie Sims_____        __Joseph Facciponti_____
Print Defendant's Name                                Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/25/2020                                      _Judith C. McCarthy_____
Date                                               U.S. District Judge/U.S. Magistrate Judge