UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                    **MEMORANDUM**

    -against-                                     19 Cr. 857 (NSR)

WILLIE SIMS,

                            Defendant.
------------------------------------------------------------X

TO: <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the September 25, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: October 1, 2020
       White Plains, New York

                                                                Respectfully Submitted,

                                                              _____
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge