UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIE SIMS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2021

No. 19-CR-857-01 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

A review of the docket reveals that: on Defendant Willie Sims has been detained at the Westchester County Jail since his arrest on October 3, 2019 and, on September 25, 2020, Magistrate Judge Judith C. McCarthy presided over a plea allocution during which Defendant Willie Sims plead guilty to one count of narcotics conspiracy in violation of 21 U.S.C. § 841(b)(1)(B). Defendant has petitioned the Court for an order granting him leave to proceed with sentencing by telephone or videoconference.

In light of Defendant's serious medical condition, the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to proceed to sentencing as quickly as possible, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Willie Sims can and should be permitted to be sentenced by telephone or videoconference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the sentencing for Defendant Willie Sims be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court on April 7, 2021 at 2 P.M. or, in the alternative, April 6, 2021 at 2 P.M. The Clerk of Court is requested to terminate the motion at ECF No. 183.

Dated: March 6, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE