Docket in case # _Case 7:19-cr-00857-NSR_ 
As: Letter Motion for Reappointment of pro bono counsel
Date: 1 / 21 / 2021

**MEMO ENDORSED**

The Honorable Nelson S. Roman
United States District Court judge
Southern District of New York
300 Quarropas Street
White plains, New york 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2021

Januarury 18, 2021

Re: Unites states V. Willie Sims, 19 Cr.857(NSR)
Request for motion Pursant to 18 U.S.C 3582(C) 1(A)

Dear Judge Roman:

    Please accept this letter motion in advance as an request for my current defense counsel Josephe Facciponti, to continue representing me after sentencing and file a motion on my behalf for compassionate release pursuant to 18 U.S.C 3582(c)(1)(A) . This section provides that a sentencing court may reduce a term of imprisonment after consideration of the factors set forth in section 3553 (a) to the extent they are applicable, if it finds that extraordinary and compelling reasons warrant such a reduction.

    Its my understanding for the reasons that follow extraodinary and compelling circumstances in combination with the 18 U.S.C 3553(a) factors exist for the courts to exercise its disrection in granting me compassionate release. This application for release/reduction of sentence will be predicated as a result of the Covid 19 pandemic, along with my detailed medical history of having one kidney , and suffering from a hereditory polcystic kidney disease .Medical documentation has been presented to probation for the purpose of my (PSI) report, that I have stage 2 chronic kidney disease (CKD)2 . My medical documentation along with information listed on the CDC website confirms that due to my kidney issues Im at incresed risk of servere illness due to Covid 19. The National kidney foundation webstite recommended that the best way for kidney disease suffers to protect them self from Covid 19 is prevent exposure .

    The Covid 19 virus is constantly evolving and a new, more contagious strain is already spreading in New York as numbers continue to rise again . Heath officials confirmed that this new strain is known to spread 70% faster than the earlier version of the virus .The crowded nature of jail and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:



RECEIVED
JAN 21 2021
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

prisons in this case the (BOP) poses a greatter risk that the Covid19 contagion , once it gains entry
    will rampantly spread and can quickly spiral out of controle.

please see Attached medical documents.

Respectfully submitted

*[signature]*

Deft. Sim's application is denied without prejudice to renew post imposition of sentencing.  Clerk of Court requested to terminate the motion (doc. 179).  Deft's counsel is directed to mail a copy of this endorsement to Deft. and file proof of service on the docket.
Dated: March 22, 2021

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE







Willie Sims #2020-01209
ORANGE COUNTY JA'
110 WELLS FARM RO,
GOSHEN, NEW YORK 10...

Honorable Judge Nelson S. Roman
U.S District court Southern District of N.Y
300 Quarropas Street
White plains N.Y 10601