**MEMO ENDORSED**



# MURPHY & McGONIGLE
### A Professional Corporation

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2021

1185 Avenue of the Americas
Floor 21
New York, NY 10036

July 29, 2021

*By ECF & Email (RomanNYSDChambers@nysd.uscourts.gov)*
The Honorable Nelson S. Román
U.S. District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Willie Sims, et al.,* 19 Cr. 857 (NSR) -01

Dear Judge Román:

    I am counsel for Defendant Willie Sims in the above-referenced matter. I write to respectfully request that (i) the Court issue the Judgment of Conviction for Mr. Sims's sentence and (ii) the Court grant Mr. Sims's application for the undersigned to be appointed to represent him in an application for compassionate release.

    Mr. Sims was sentenced by this Court on April 7, 2021 to a term of imprisonment of 60 months. However, the Court has not yet issued the Judgment in this case, denying Mr. Sims the opportunity to perfect an appeal (if he elects to seek one) and to be designated to a Federal Bureau of Prisons facility to serve his sentence. In fact, for the past few months, Mr. Sims has been housed in less-than-optimal conditions at the Dutchess County Jail, where he has had no ability to participate in the RDAP program that the Court recommended as part of his sentence.

    Second, Mr. Sims has submitted a *pro se* application for compassionate release and has requested that the undersigned be appointed to represent him in connection with that application. Given my familiarity with the case and Mr. Sims's background, I respectfully request that the Court appoint me to represent Mr. Sims in connection with that application.

                        Respectfully submitted,

                          /s/ J.P.F.
                          Joseph P. Facciponti, Esq.

cc: AUSA Shiva Logarajah (*by ECF and email*)

---

Defendant Sim's request to re-appoint Joseph Facciponti as CJA counsel for the limited purpose of Defendant's motion for compassionate release is granted. Clerk of Court requested to terminate the motion (doc. 208).
Dated: Sept. 18, 2021
SO ORDERED:
*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

New York   ♦   Virginia   ♦   Washington, D.C.